UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JAIME FLORES-RUIZ<br><br>                    Defendant. | NO. CR-07-2086-EFS-2<br><br>**ORDER ENTERING COURT'S ORAL RULINGS FROM PRETRIAL CONFERENCE ON MAY 14, 2008** |
|---|---|

A pretrial conference was held in the above-captioned matter on May 14, 2008, in Yakima. Defendant Jaime Flores-Ruiz was present, represented by Scott Etherton. Assistant United States Attorney Thomas J. Hanlon appeared on behalf of the Government. Before the Court was the Government's oral motion to dismiss the Indictment (Ct. Rec. 14) in this matter based on Defendant's guilty plea and sentencing in CR-08-2003-EFS, which charged Defendant with Alien in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(5). Leave of Court is given to dismiss the Indictment (Ct. Rec. 14); the Court, however, makes no judgment as to the merit or wisdom of this dismissal.

ORDER ~ 1

1     Accordingly, **IT IS HEREBY ORDERED:**

2     1. The Government's oral motion to dismiss the Indictment is **GRANTED;**

4     2. The Indictment **(Ct. Rec. 14)** is **DISMISSED WITH PREJUDICE;**

5     3. All pending motions are **DENIED AS MOOT;** and

6     4. All pending hearing and trial dates are **STRICKEN.**

7     **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the Jury Administrator.

    **DATED** this ___15th___ day of May, 2008.

                                               s/Edward F. Shea
                                                EDWARD F. SHEA
                                          United States District Judge

Q:\Criminal\2007\2086.2.Dismiss.Indict.wpd

ORDER ~ 2